WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Sean N. Payne, Esq.
Nevada Bar No.13216
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7967; Fax: (702) 946-1345
spayne@wrightlegal.net
esmith@wrightlegal.net
*Attorneys for Defendant, Caliber Home Loans, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMY B. CARDINALI,<br><br>             Plaintiff,<br><br>     vs.<br><br>WEST ASSET MANAGEMENT, INC; CALIBER HOME LOANS, INC; EQUIFAX INFORMATION SERVICES, LLC,<br><br>             Defendants. | Case No.:   2:16-cv-02038- JAD-PAL<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR CALIBER HOME LOANS, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Defendant, Caliber Home Loans, Inc. ("Caliber Home Loans") and Plaintiff, Amy B. Cardinali ("Plaintiff), by and through their respective counsel of record, stipulate and agree to extend the deadline to October 24, 2016, for Caliber Home Loans to answer or otherwise plead in response to Plaintiff's Complaint.

This is the first request for an extension by Caliber Home Loans, which seeks to further investigate the factual allegations of the Complaint while the parties also discuss resolution of the case.

///

///

///

///

1   **IT IS SO STIPULATED.**
2

3   DATED this 22nd day of September, 2016     DATED this 22nd day of September, 2016

4   WRIGHT, FINLAY & ZAK, LLP                   KNEPPER & CLARK, LLC

5

6   /s/Sean N. Payne, Esq._____       _/s/ Matthew I. Knepper_____
7   Sean N. Payne, Esq.                         Matthew I. Knepper, Esq.
    Nevada Bar No.13216                         Nevada Bar No. 12796
8   7785 W. Sahara Ave., Suite 200              10040 W. Cheyenne Ave.
    Las Vegas, NV 89117                         Suite 170-109
9   (702) 475-7967; Fax: (702) 946-1345         Las Vegas, NV 89129
10  spayne@wrightlegal.net                      (702) 825-606; Fax (702) 447-8048
    *Attorneys for Defendant,* Caliber Home     miles.clark@knepperclark.com
11  Loans, Inc.                                 *Attorneys for Plaintiff, Amy B. Cardinali*
12

13

14                          **ORDER**

15                          **IT IS SO ORDERED**.

16

17   _____
     UNITED STATES MAGISTRATE JUDGE
18

19
     Dated: __September 26, 2016_____
20