1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

AMY B. CARDINALI,

                                        Plaintiff,

        v.

WEST ASSET MANAGEMENT, INC., et al.,

                                        Defendants.

Case No. 2:16-cv-02038-JAD-PAL

ORDER

        Before the court is the Notice of Settlement (ECF No. 12) between Plaintiff and Defendant Equifax Information Services, LLC ("Equifax") advising the court that a settlement has been reached between these parties.  The parties request 60 days to finalize settlement paperwork and file a stipulation to dismiss.  Accordingly,

        **IT IS ORDERED** that the parties shall have until **December 5, 2016,** to file a stipulation to dismiss, or a joint status report advising when the stipulation to dismiss will be filed.

        DATED this 5th day of October, 2016.


                                                        _____
                                                        PEGGY A. LEEN
                                                        UNITED STATES MAGISTRATE JUDGE