1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

AMY B. CARDINALI,

                                    Plaintiff,

        v.

WEST ASSET MANAGEMENT, INC., et al.,

                                    Defendants.

Case No. 2:16-cv-02038-JAD-PAL

ORDER

        Before the court is the Notice of Settlement (ECF No. 14) between Plaintiff and Defendant West Asset Management.  The parties do not specify an amount of time in which to complete settlement dismissal documents.  Accordingly,

        **IT IS ORDERED** that the parties shall have until **December 5, 2016,** to file a stipulation to dismiss, or a joint status report advising when the stipulation to dismiss will be filed.

        DATED this 7th day of October, 2016.



                                                        PEGGY A. LEEN
                                                        UNITED STATES MAGISTRATE JUDGE

1