UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| AMY B. CARDINALI, | Case No. 2:16-cv-02038-JAD-PAL |
| Plaintiff, | ORDER |
| v. | |
| WEST ASSET MANAGEMENT, INC., et al., | |
| Defendants. | |

Before the court is the Notice of Settlement (ECF No. 16) between Plaintiff and Defendant Calibur Home Loans, Inc.   The parties request 60 days to complete settlement dismissal documents.  Accordingly,

**IT IS ORDERED** that the parties shall have until **December 16, 2016,** to file a stipulation to dismiss, or a joint status report advising when the stipulation to dismiss will be filed.

DATED this 24th day of October, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE